UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20993-CV-DIMITROULEAS

LUIS RAMIREZ RODRIGUEZ,

    Petitioner,

v.

DIRECTOR, FLORIDA
SOFT SIDE SOUTH,

    Respondent.
_____/

### ORDER TRANSFERRING CASE TO MIDDLE DISTRICT OF FLORIDA

**THIS CAUSE** is before the Court on Petitioner Luis Ramirez Rodriguez's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus. [ECF No. 1]. Petitioner challenges his detention by Immigration and Customs Enforcement ("ICE") at Florida Soft Side South, an immigration facility in Ochopee, Florida. *Id.* at 1. Under § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla,* 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)). Thus, "for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Id.* at 443; *see also Garcia v. Warden*, 470 F. App'x 735, 736 (11th Cir. 2012) ("jurisdiction for § 2241 petitions lies only in the district of confinement"). If the petitioner files his case in the wrong district, the court can *sua sponte* transfer the case "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see also Lipofsky v. N.Y. State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) ("[A] district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction[.]").

Petitioner is confined at Florida Soft Side South, an immigration facility in Ochopee, Florida. [ECF No. 1 at 1]. Ochopee, Florida, is served by Collier County, which lies in the Middle District of Florida. *See* 28 U.S.C. § 89(b) (providing that the Middle District of Florida comprises Collier County).

Accordingly, it is **ORDERED AND ADJDUGED** that this case is **TRANSFERRED** to the Middle District of Florida, Fort Myers Division. *See* M.D. Fla. L.R. 1.04(a)–(b) (providing that the Fort Myers Division comprises Collier County). The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of February 2026.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc:   Luis Ramirez Rodriguez, *pro se*
A# 088071780
Florida Soft Side South (Alligator Alcatraz)
Inmate Mail/Parcels
54575 Tamiami Trail E NA
Ochopee, FL 34141